In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00493-CR**

_____

**JUDITH AMANDA COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 10-09517**

**MEMORANDUM OPINION**

Pursuant to a plea bargain agreement, appellant Judith Amanda Cooper pleaded guilty to aggravated assault. The trial court found the evidence sufficient to find Cooper guilty, but deferred further proceedings, placed Cooper on community supervision for five years, and assessed a fine of $500. The State subsequently filed a motion to revoke Cooper's unadjudicated community supervision. Cooper pleaded "true" to four violations of the conditions of her community supervision. The trial court found that Cooper violated the conditions

1

of her community supervision, found Cooper guilty of aggravated assault, and assessed punishment at seven years of confinement.

Cooper's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On January 10, 2013, we granted an extension of time for appellant to file a *pro se* brief. We received no response from Cooper.

We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on April 30, 2013
Opinion Delivered May 8, 2013
Do Not Publish
Before McKeithen, C.J., Gaultney and Horton, JJ.

---

[1]Cooper may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.